

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA 92501
CIVIL MINUTES -- GENERAL

Case No.  CV 06-05664 SGL(OPx)                          Date: May 7, 2007

Title:  ELITE ALUMINUM CORPORATION, a Florida corporation -v- KATHY TROUT, individually, SQUIRREL HOLLOW ENTERPRISES, a California corporation, d/b/a DURAFORM BUILDING PANELS
===============================================================================
PRESENT:  HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

    Jim Holmes                                  Theresa Lanza
    Courtroom Deputy Clerk                      Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:           ATTORNEYS PRESENT FOR DEFENDANTS:

Lawrence M. Hadley                          Cranston J. Williams

PROCEEDINGS:  ELITE ALUMINUM CORP'S MOTION TO DISMISS COUNTERCLAIM COUNTS I-III, FILED 4/13/07

Court hears oral argument and takes the matter under submission.

IT IS SO ORDERED.

```
DOCKETED ON CM
MAY - 9 2007
BY              044
```

MINUTES FORM 90                                         Initials of Deputy Clerk: jh
CIVIL -- GEN                       Page 1              Time: 00/10