UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

O

Case No.   CV 06-05664 SGL(OPx)                                      Date:  September 29, 2008

Title:   ELITE ALUMINUM CORPORATION, a Florida corporation -v- KATHY TROUT, individually, SQUIRREL HOLLOW ENTERPRISES, a California corporation, d/b/a DURAFORM BUILDING PANELS
=======================================================================
PRESENT:   HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

  Jim Holmes                                           None Present
  Courtroom Deputy Clerk                               Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:           ATTORNEYS PRESENT FOR DEFENDANTS:

None present                                          None present

PROCEEDINGS:   ORDER DENYING WITHOUT PREJUDICE ALL PENDING MOTIONS

  In light of the parties' settlement and in anticipation of the filing of a Rule 41 stipulated dismissal with prejudice of the instant matter, the Court hereby **DENIES** all pending motions in this case without prejudice.  Specifically, docket numbers 110, 111, 112, 113, 114, 115, 120, 139, and 144 are all **DENIED** without prejudice.

  IT IS SO ORDERED.

CV 06-05664 SGL(OPx)
ELITE ALUMINUM CORPORATION, a Florida corporation v KATHY TROUT, individually, SQUIRREL HOLLOW ENTERPRISES, a California corporation, d/b/a DURAFORM BUILDING PANELS
MINUTE ORDER of September 29, 2008