HENNIGAN, BENNETT & DORMAN LLP
LAWRENCE M. HADLEY (SBN 157728)
(hadleyl@hbdlawyers.com)
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone: (213) 694-1200
Facsimile: (213) 694-1234

BUCKINGHAM, DOOLITTLE &
BURROUGHS, LLP
ROBERT E. PERSHES, ESQ.
(rpershes@bdblaw.com)
Florida Bar No. 301906
L.A. PERKINS, ESQ.
(lperkins@bdblaw.com)
Florida Bar No. 100153
JENNIFER E. SIMPSON, ESQ.
(jsimpson@bdblaw.com)
Florida Bar No. 0697354
5355 Town Center Road, Suite 900
Boca Raton, Florida 33486-1069
Telephone: (561) 241-0414
Facsimile:  (561) 241-9766

ATTORNEYS FOR PLAINTIFFS,
ELITE ALUMINUM CORPORATION
UNITED DURALUME PRODUCTS, INC.
And RAY ADAMS

ENTERED CLOSED

"O"

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELITE ALUMINUM CORPORATION, a Florida corporation,<br><br>            Plaintiff,<br><br>     vs.<br><br>KATHY TROUT, individually, SQUIRREL HOLLOW ENTERPRISES, a California corporation, d/b/a DURAFORM BUILDING PANELS, and OUTBACK PATIO & SUNROOMS, INC.,<br><br>            Defendants,<br><br>and Related Counterclaims. | CASE NO. EDCV 06-05664 SGL (OPx)<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL** |

1  Upon consideration of the parties' executed Stipulation for Dismissal and being
2  otherwise fully advised in the premises, it is hereby ORDERED that this case is
3  DISMISSED with prejudice with each party to bear its own costs and attorneys' fees.
4  The Court reserves jurisdiction to enforce the written, executed settlement agreement
5  between the parties.
6      IT IS SO ORDERED.
7  October 7, 2008.

                       STEPHEN G. LARSON
                       United States District Judge